# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

V.

JADE COHORN

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: 6:17CR60039-001

The Defendant was found not guilty. IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

/s/ Susan O. Hickey

Signature of Judge

| SUSAN O. HICKEY | U.S. District Judge |
|---|---|
| Name of Judge | Title of Judge |

12/7/2018

Date